

**FILED**
**CLERK, U.S. DISTRICT COURT**

AUG 1 4 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**DENIED**
**BY ORDER OF**
**ALICEMARIE H. STOTLER**
**UNITED STATES DISTRICT JUDGE**
ON AUG 1 4 2003

**LODGED**
AUG 1 1 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of other persons similarly situated and the general public, | Case No.: SACV03-348AHS(MLGx) |
|  | JUDGE: ALICEMARIE H. STOTLER |
|  | COURTROOM: 10-A |
|  | COMPLAINT DATE: April 7, 2003 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO TOLL THE STATUTE OF LIMITATIONS FOR THE POTENTIAL 29 U.S.C. § 216(b) OPT-IN PLAINTIFFS** |
| vs. |  |
| ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive, |  |
| Defendants. | Date: TBD |
|  | Time: TBD |
|  | Dept: 10-A |
|  | Ronald Reagan Federal Building And United States Courthouse 411 West Fourth Street Santa Ana, California 92701 |

ENTERED ON ICMS
AUG 1 5 2003
CV

Plaintiffs' *ex parte* Application for an order tolling the statute of limitations for the potential 29 U.S.C. § 216(b) Opt-in Plaintiffs until the September 15, 2003 hearing came on regularly for hearing pursuant to Local Rule 7-19 by the Court in Courtroom 10-A of the United States District Court, Central District of California.

1    GOOD CAUSE APPEARING, the Court hereby grants Plaintiffs'

2  Application and orders that the applicable statute(s) of limitations are hereby tolled

3  until the September 15, 2003 hearing date of Plaintiffs' "Motion for Class

4  Certification to Facilitate Notice to Absent Class Members Under 29 U.S.C. §

5  216(b).

6
   Dated: _____          _____
7
                                          United States District Court
8                                          The Honorable Alicemarie H. Stotler

9

10   G:\PLF\2091\Mtns\M-Ex Parte Toll SOL - ORDER.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    - 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                     )
COUNTY OF ORANGE   )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**(PROPOSED) ORDER GRANTING EX PARTE APPLICATION TO TOLL THE STATUTE OF LIMITATIONS FOR THE POTENTIAL 29 U.S.C. § 216(b) OPT-IN PLAINTIFFS**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

   X    (By Mail)  I deposited such envelope in the mail at Tustin, California.  The envelope was mailed with postage thereon fully prepaid.

____    (By Facsimile)  In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____    (By Personal Service)  Such envelope was delivered by hand to the below addressee.

____    (By Overnight Mail)  I arranged for such envelope was delivered to the following addresses by overnight mail.

Executed on August 11, 2003, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DONNA J. OSTROM

**SEE ATTACHED MAILING LIST**

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## MAILING LIST

Case Name   :   GABEL DANIEL, et al. v. ORACLE CORPORATION, et al.
Court  :        UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
Case Number:   SAVC03-348AHS(MLGx)

Stephen L. Berry, Esq.                  **Attorneys for Defendant**
PAUL, HASTINGS, JANOFSKY &              ORACLE CORPORATION
WALKER
695 Town Center Dr., 17th Floor
Costa Mesa, CA 92626-1924
Phone: (714) 668-6200
Fax:     (714) 979-1921