# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
695 Town Center Drive, 17th Floor, Costa Mesa, CA 92626-1924
telephone 714-668-6200 / facsimile 714-979-1921 / internet www.paulhastings.com

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(714) 668-6246
stephenberry@paulhastings.com

September 16, 2003

38350.00002

**VIA FACSIMILE (714) 338-4728**

Hon. Alicemarie H. Stotler
United States District Judge
Courtroom 10-A
411 West Fourth Street
Santa Ana, California 92701-4516

Re: *Daniel Gabel and Donald Sullivan v. Oracle Corporation, et al.*
USDC Case No. SACV03-348AHS(MLGx)

Your Honor:

Counsel for the parties have met and conferred as the Court directed. Counsel were able to resolve all issues, except one, the collective reference to all instructor positions as "Instructors" vs. "Trainers." Defendant contends that "Trainers" is confusing and misleading because there is no such job classification within Oracle University, and the specific classifications are mentioned in the notice repeatedly. Plaintiff contends that "Instructors" is confusing because it suggests just one classification exists, not five, and that the Court has adopted this definition of the putative class. Defendant does not agree that the Court made any ruling on or adopted "Trainers" over "Instructors." As the Court requested, this item is shown in brackets because it requires the Court's resolution. Counsel for the parties sincerely appreciate the Court's assistance in this matter.

Respectfully submitted,

*Stephen L. Berry*
Stephen L. Berry
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

SLB:mbp

Enclosure

cc: Robert W. Thompson, Esq. (with enclosure, via facsimile)

OC/323897.1

ENTER ON ICMS
SEP 19 2003
(41)

*Daniel Gabel et. al. v. Oracle Corporation*

United States District Court, Central District of California
Case No.: SACV03-348AHS(MLGx)

TO: Present and Former Employees of Oracle Corporation ("Oracle") who worked as Instructors, Staff Instructors, Senior Instructors, Principal Instructors and Senior Principal Instructors (hereinafter collectively referred to as ▓▓▓ "Instructors" ▓▓▓), within the past three (3) years.

RE: Fair Labor Standards Act ("FLSA") Lawsuit

## 1. Introduction

The purpose of this Notice is to inform you of the existence of a collective action lawsuit, to advise you of how your rights may be affected by this suit, and, if you choose to participate, to instruct you on the procedure for doing so.

## 2. Description of the Lawsuit

On April 7, 2003, Daniel Gabel and Donald Sullivan ("Plaintiffs") filed a Complaint in the United States District Court for the Central District of California, Southern Division, against Oracle Corporation ("Oracle"). The name of the case is <u>Daniel Gabel and Donald Sullivan individually and on behalf of the other persons similarly situated and the general public v. Oracle Corporation, et. al.</u>, and the case number is SACV03-348AHS (MLGx).

Plaintiffs are currently employed by Oracle as Senior Principal Instructors. They allege that Oracle misclassified all ▓▓▓ Instructors ▓▓▓ as **exempt** from the overtime requirements of the federal Fair Labor Standards Act ("FSLA"). Plaintiffs allege that they should have been classified as **nonexempt** and should have received overtime pay for all work over forty (40) hours per week under the FLSA.

Oracle contends that it properly classified ▓▓▓ Instructors ▓▓▓ as exempt employees, and denies Plaintiffs' claim that ▓▓▓ Instructors ▓▓▓ are entitled to overtime compensation under the FLSA.

## 3. Participants in this Collective Action

Plaintiffs have sued Oracle for themselves and also for other similarly-situated current and former Oracle ▓▓▓ Instructors ▓▓▓ who may wish to join in this collective action. This action is open to all persons who worked as Instructors, Staff Instructors, Senior Instructors, Principal Instructors and Senior Principal Instructors from September 15, 2000, to the present and who did not sign a severance agreement releasing all claims against Oracle.

- 1 -

### 4. Your right to join this suit as a party plaintiff

If you worked as an Instructor, Staff Instructor, Senior Instructor, Principal Instructor or Senior Principal Instructor for Oracle at anytime from September 15, 2000, to the present, and did not sign a severance agreement releasing all claims against Oracle, you have the right to join this lawsuit as a plaintiff (that is you may "opt in"). To do that, you must complete the attached "Consent to Join" form, date and sign it under penalty of perjury, and return it to the law firm of Callahan, McCune & Willis, 111 Fashion Lane, Tustin, CA 92780, for filing with the Clerk of Court. The "Consent to Join" form must be postmarked within 33 days after the date of mailing, or you will not be allowed to join in the lawsuit.

If you file a "Consent to Join" form, your continued right to participate in this suit may depend upon a later decision by the district court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

### 5. The Legal Effect of Joining This Suit

If you choose to join in the suit, you will be bound by the judgment or settlement, whether it is favorable or unfavorable. While this suit is pending, you may be required to respond to written questions, sit for depositions, and/or testify in court. By joining this lawsuit, you designate the Class representatives as your agents to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with plaintiff's counsel concerning attorney's fees and costs, and all other matter pertaining to this lawsuit. These decisions and agreement made and entered into by the representative plaintiffs will be binding on you if you join this lawsuit

### 6. No Legal Effect In Not Joining This Suit

If you choose not to join this suit, you will not be affected by the judgment or settlement rendered in this case, whether favorable or unfavorable to the members of the collective action. If you choose not to join in this lawsuit, you are free to file your own lawsuit or not to sue Oracle at all.

### 7. No Retaliation Permitted

Federal law prohibits retaliation against employees who exercise their rights under the FLSA, including by participation in a lawsuit.

8. **Plaintiffs' Lawyers**

If you choose to join this suit, your interests will be represented by the named Plaintiffs through their attorneys as counsel for the Class, unless you designate someone else on the attached form. Counsel for the Class are:

Robert W. Thompson, Esq.
Callahan, McCune & Willis
111 Fashion Lane,
Tustin, CA 92780
Phone: (714) 730-5700
Facsimile: (714) 730-1642
E-mail: robert_thompson@cmwlaw.net

9. **Further Information**

For further information about this Notice, the deadline for filing a "Consent to Join" form or questions about this lawsuit, you may contact the Plaintiffs' lawyers.

Dated: September 15, 2003

GABEL et al. v. Oracle, et al.
Case No.: SACV03-348AHS(MLGx)

## CONSENT TO JOIN PURSUANT TO 29 U.S.C. § 216(b)

1. I consent and agree to pursue my claims arising out of unpaid overtime work for Oracle Corporation and its related affiliates and subsidiaries in connection with the above-referenced lawsuit.

2. During the period September 15, 2000, to the present, I have worked in the positions of (check all that apply):

| Position | | from | to |
|---|---|---|---|
| Instructor | _____ | from _____ | to _____ |
| Staff Instructor | _____ | from _____ | to _____ |
| Senior Instructor | _____ | from _____ | to _____ |
| Principal Instructor | _____ | from _____ | to _____ |
| Senior Principal Instructor | _____ | from _____ | to _____ |

3. During the above period of time, I worked in excess of forty hours per week, but was not paid overtime compensation.

4. I understand that this lawsuit is being brought under the Federal Fair Labor Standard Act of 1938, as amended, 29 U.S.C. § 201 et seq. I hereby consent, agree and opt-in to become a plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I have a choice of counsel in this case. Unless I state otherwise below, I hereby designate the law firm of Callahan, McCune & Willis to represent me in this action. Or, I designate _____ to represent me in this action.

6. I designate the class representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning costs and attorney's fees, and all other matters pertaining to this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____   _____
Print or type name                Street Address

_____   _____
Signature                         City, State, Zip Code

_____   _____
Telephone number                  E-Mail Address

Paul, Hastings, Janofsky & Walker LLP
695 Town Center Drive, 17th Floor, Costa Mesa, CA 92626-1924
telephone 714-668-6200 / facsimile 714-979-1921 / www.paulhastings.com

# PaulHastings

## FACSIMILE TRANSMISSION

| from: | facsimile: | telephone: | initials: |
|---|---|---|---|
| Stephen L. Berry, Esq. | (714) 979-1921 | (714) 668-6246 | SLB |

| client name: | Oracle Corporation | client matter number: | 38350.00002 |
|---|---|---|---|
| date: | September 16, 2003 | pages (with cover): | 6 |

| to: | company/office: | facsimile: | telephone: |
|---|---|---|---|
| Ellen Matheson, Clerk for Hon. Alicemarie H. Stotler | USDC – Ctrm: 10-A | (714) 338-4728 | (714) 338-4758 |
| Robert W. Thompson, Esq. | Callahan, McCune & Willis | (714) 730-1642 | (714) 730-5700 |

comments:

*If you do not receive all pages, please call immediately Facsimile Center: (714) 668-6515*

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.