ORIGINAL

SEND

FILED
CLERK, U.S. DISTRICT COURT

SEP 15 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of other persons similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV03-348AHS(MLGx)<br>JUDGE: Hon. Alicemarie H. Stotler<br>COURTROOM: 10-A<br>COMPLAINT DATE: April 7, 2003<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO FACILITATE NOTICE TO ABSENT CLASS MEMBERS UNDER 29 U.S.C. SECTION 216(b)<br><br>[Lodged Concurrently with Motion and Proposed Notice.]<br><br>Date: August 11, 2003<br>Time: 10:00 a.m.<br>Place: 10-A |

Plaintiffs' Motion for Class Certification to Facilitate Notice to Absent Class Members Pursuant to 29 U.S.C. § 216(b) came on regularly for hearing by the Court on ~~August 11~~ September 15, 2003, at 10:00 a.m. in Courtroom 10-A of the United States District Court, Central District of California.

ENTER ON ICMS
SEP 1 9 2003



- 1 -

GOOD CAUSE APPEARING, the Court hereby grants Plaintiffs' Motion for Class Certification to Facilitate Notice Pursuant to 29 U.S.C. § 216(b). Specifically, the Court:

1. Certifies this matter to proceed as a collective action to facilitate notice

2. Will Approve as to form and content a joint proposed Notice and Consent to Join forms; to be submitted no later than 12 noon, September 16, 2003; by plaintiffs' counsel

3. Authorizes the mailing of the proposed Notice to all persons employed by Defendant Oracle Corporation in the positions of Instructors, Staff Instructors, Senior Instructors, Principal Instructors, and Senior Principal Instructors during the period of September 15, 2000 to the present; and except to those former employees who have signed agreements releasing all claims against defendant

4. Requires Defendant Oracle Corporation to produce a computer-readable non-proprietary data file containing the last known names and addresses ~~and telephone numbers~~ of all such potential opt-in Plaintiffs within 14 days of this order so that proper notice may be implemented.

IT IS SO ORDERED.

SEP 15 2003

_____
Hon. Alicemarie H. Stotler

G:\PLF\2091\M-216(b)Class Certification Proposed Order