LODGED

Oct 29   3 58 PM '03

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: ___

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 12 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**DENIED**
BY ORDER OF
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE
ON NOV 12 2003

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of the other persons similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV03-348AHS(MLGx)<br><br>**[PROPOSED] ORDER FINDING PLAINTIFFS AND THEIR COUNSEL IN CONTEMPT OF THE COURT'S SEPTEMBER 15, 2003 ORDER AND PROVIDING REMEDIES, INCLUDING MONETARY SANCTIONS**<br><br>**Courtroom 10-A**<br>**Hon. Alicemarie Stotler** |

ENTERED ON ICMS
NOV 13 2003
CV

OC/327983.1

DECLARATION OF STEPHEN L. BERRY

1  Defendant's *Ex Parte* Application for an Order Finding Plaintiffs and
2  Their Counsel in Contempt of the Court's September 15, 2003 Order and Providing
3  Appropriate Remedies, Including Monetary Sanctions came on regularly before the
4  Court. Having considered the papers and arguments submitted in support and in
5  opposition thereof, and good cause existing, IT IS FOUND THAT:

7  1. Plaintiffs and their counsel violated this Court's order dated
8  September 15, 2003 ("Order") by using the names and addresses disclosed by
9  Defendant pursuant to the Order to identify home telephone numbers for, and by
10 initiating telephonic communications with, the potential opt-in plaintiffs to whom
11 the Court-approved notice was sent.

13 2. Plaintiffs' counsel have directly and indirectly engaged in
14 telephonic solicitation in violation of California Rules of Professional Conduct,
15 Rule 1-400, and therefore, have violated Local Rule 83-3.1.2.

17 Based on the foregoing, findings, IT IS HEREBY ORDERED THAT:

19 1. Plaintiffs and their counsel are prohibited from initiating
20 telephonic or in-person contact regarding this lawsuit with potential members of the
21 FLSA collective action who have not retained Plaintiffs' counsel as their counsel as
22 of the date of this order.

24 2. Within two (2) days after entry of this order, Plaintiffs' counsel
25 are to file a declaration identifying individuals with whom any attorney for
26 Plaintiffs or others assisting the attorneys, including the named Plaintiffs, has
27 initiated or attempted to initiate communications concerning this lawsuit by any
28 means other than the Court-approved written notice since the Court's ruling on

1 | September 15, 2003, and stating whether a signed Consent to Join form from these
2 | individuals was received after receipt of the names and addresses provided by
3 | Defendant as required by the Order. (This listing shall not include any individuals
4 | for whom an opt-in request was filed with the Court prior to September 15, 2003.)

6 |     3.    All signed Consent to Join forms from any individuals appearing
7 | in the list submitted by Plaintiffs' counsel shall be stricken and disallowed.

8-10 |     4.    Monetary sanctions in an amount of $11,164.50 are imposed on Plaintiffs and their counsel, jointly and severally. Said sanctions are payable to Defendant on or before _____.

Dated: _____, 2003

The Hon. Alicemarie Stotler
United States District Court Judge

Submitted on October 29, 2003
by Paul, Hastings, Janofsky & Walker LLP

By: _____
Stephen L. Berry
Attorneys for Defendant
ORACLE CORPORATION

OC/327983.1

-3-

DECLARATION OF STEPHEN L. BERRY

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, Seventeenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626-1924.

On October 29, 2003, I served the foregoing document(s) described as:

**[PROPOSED] ORDER FINDING PLAINTIFFS AND THEIR COUNSEL IN CONTEMPT OF THE COURT'S SEPTEMBER 15, 2003 ORDER AND PROVIDING REMEDIES, INCLUDING MONETARY SANCTIONS**

on the interested parties by placing copies such document(s) thereof in a sealed envelope addressed as follows:

**Robert W. Thompson, Esq.**
**Callahan, McCune & Willis**
**111 Fashion Lane**
**Tustin, California 92780-3397**
(T) (714) 730-5700
(F) (714) 730-1642

☐ **VIA OVERNIGHT MAIL:**
VIA _____ :By delivering such document to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person on whom it is to be served.

☒ **VIA U.S. MAIL:**
I am readily familiar with the Firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope would be deposited with the U.S. postal service on October 29, 2003, with postage thereon fully prepaid, at Costa Mesa, California.

☒ **VIA FACSIMILE:**
The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # (714) 730-1642 on October 29, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.. Executed on October 29, 2003, at Costa Mesa, California.

_____
Molly Perley

OC/327921.1