UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SEND

CIVIL MINUTES - GENERAL

Case No.   SA CV 03-348-AHS(MLGx)                    Date: June 11, 2004

Title:    DANIEL GABEL, etc., et al. v. ORACLE CORPORATION, etc., et al.

================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, JUDGE

          Ellen Matheson              None
          Deputy Clerk                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
None present                           None present

PROCEEDINGS: (In Chambers)
          EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE RE DISMISSAL
          RETURNABLE: JULY 9, 2004

     On May 14, 2004, the Court issued an Order to Show Cause why this case should not be dismissed pursuant to F.R.Civ.P. Rule 41, for lack of prosecution. On June 10, 2004, the Court received the Plaintiffs' Response to the Court's Request to Show Cause Why This Lawsuit Should Not be Dismissed.

     The Court extends the Order to Show Cause to **July 9, 2004**. The Court will consider the filing of a notice of settlement on or before July 9, 2004, as a satisfactory response to the Order to Show Cause.

     The Clerk shall serve this minute order on all parties/counsel in this action.

DOCKETED ON CM
15 2004
BY