PSEND

FILED
CLERK, US DISTRICT COURT
JUL 1 2 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
JUL - 8 2004  3:46
CLERK, US DISTRICT COURT
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

DENIED*
BY ORDER OF
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE
ON JUL 1 2 2004

*without prejudice to the bringing of a noticed motion

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of other persons similarly situated and the general public, | Case No. SACV03-348AHS(MLGx) |
| | JUDGE ALICEMARIE H. STOTLER |
| | COURTROOM 10-A |
| | COMPLAINT DATE April 7, 2003 |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT |
| vs | |
| ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants | |

DOCKETED ON CM
JUL 1 3 2004
BY ___ 040

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN

On _____, 2004 Plaintiffs' *Ex Parte* Application for Preliminary Approval of Class Action Settlement, Stipulated CALIFORNIA CLASS, Proposed Notice of Class Action Settlement and Fairness Hearing, Proposed

- 1 -

84

1  Election to be Excluded Form, Proposed Claim Form, and for scheduling of the
2  Final Fairness hearing came on regularly before this Court
3     The Court, having read and considered the papers submitted in support of
4  the *Ex Parte* Application, and having reviewed the Settlement Agreement, Notice
5  to Class Members and Claim and Exclusion Forms, and good cause appearing
6  therefor, the Court GRANTS Plaintiffs' *Ex Parte* Application for Approval of
7  Class Action Settlement, Stipulated CALIFORNIA CLASS settlement class,
8  Notice of Class Action Settlement and Fairness Hearing, Election to be Excluded
9  Form, Claim Form, and scheduling of the Final Fairness Hearing
10    Accordingly, IT IS HEREBY ORDERED that the following class of persons
11 shall be, and is now, certified as the CALIFORNIA CLASS, to be included within
12 the Settlement Class in the Settlement of this lawsuit
13    "All persons who are or were employed as Instructors, Staff
14    Instructors, Senior Instructors, Principal Instructors or Senior
15    Principal Instructors by Oracle Corporation who were California
16    residents at the time of their employment at any time between April 7,
17    1999, and September 15, 2003, and who do not opt out of the
18    Settlement"
19    IT IS FURTHER ORDERED that the *Ex Parte* Application for preliminary
20 approval of the Settlement Agreement entered into by Plaintiffs DANIEL GABEL
21 AND DONALD SULLIVAN (individually and on behalf of all Class Members) on
22 the one hand, and Defendant ORACLE CORPORATION on the other hand,
23 attached as Exhibit 1 to Plaintiffs' Application and incorporating by reference the
24 Memorandum of Agreement attached thereto as Exhibit 2, is hereby GRANTED,
25 because the Settlement Agreement appears to be proper, falls within the range of
26 reasonableness, and appears to be presumptively valid, subject to any objections
27 that may be raised at the final fairness hearing
28

-2-

IT IS FURTHER ORDERED that the *Ex Parte* Application for preliminary approval of Plaintiffs' request for attorney's fees and costs to Class Counsel, as compensation for all attorney time, costs, and expenses incurred to date and to be incurred during the litigation and administration of the Settlement, equal to the amount of $670,915.60 is hereby GRANTED. The amount of attorney's fees, costs, and expenses incurred in this litigation appears justifiable, consonant with legal precedent, market valued, and in accord with the contingent fee agreement executed by the named plaintiffs and Class Counsel.

IT IS FURTHER ORDERED that the *Ex Parte* Application for preliminary approval of class representative enhancements in the amount of $25,000 payable to DANIEL GABEL and DONALD SULLIVAN, each one individually to receive said amount, is hereby GRANTED. Said class representative enhancements appear to be reasonable and in proportion to their respective claims.

IT IS FURTHER ORDERED that the following Scheduling Order shall apply for continued case management and administration.

1. The Notice of Class Action Settlement and Fairness Hearing (attached as Exhibit 3 to Plaintiffs' *Ex Parte* Application) is APPROVED as to form and content and shall be mailed in accordance with the terms of the Settlement Agreement to all qualified members of the Settlement Class, as defined in Paragraph 1(f) of the Settlement Agreement.

2. The Election to be Excluded form (attached as Exhibit 4 to Plaintiffs' *Ex Parte* Application) is APPROVED as to form and content and shall be mailed in accordance with the Settlement Agreement to all qualified members of the CALIFORNIA CLASS, as defined in Paragraph 1(e) of the Settlement Agreement.

3. The Claim Form (attached as Exhibit 5 to Plaintiffs' Application) is APPROVED as to form and content and shall be mailed in accordance with the terms of the Settlement Agreement to all qualified members of the Settlement

-3-

1 | Class, as defined in Paragraph 1(f) of the Settlement Agreement

2 |    4   The Final Fairness Hearing is scheduled for September 24, 2004 at 10 00 a m in Courtroom 10-A, United States District Court for the Central District of California, Southern Division

IT IS SO ORDERED

Dated _____  **DENY** _____

                                           Hon Alicemarie H Stotler
                                           Judge, United States District Court

Submitted on July 8, 2004, by

CALLAHAN, McCUNE & WILLIS

By: _____

Robert W Thompson
Attorneys for Plaintiffs
  Daniel Gabel and Donald Sullivan

- 4 -

## PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action, my business address is 111 Fashion Lane, Tustin, California

On this date, I served the foregoing document described as

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below

I am familiar with our firm's practice of collection and processing correspondence for mailing  Under that practice it would be deposited with the U S Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration

__X__ (By Mail) I deposited such envelope in the mail at Tustin, California  The envelope was mailed with postage thereon fully prepaid

____ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list

____ (By Personal Service) Such envelope was delivered by hand to the below addressee

____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail

Executed on July 8, 2004, at Tustin, California

I declare under penalty of perjury under the laws of the State of California that the above is true and correct  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

_____
DONNA J OSTROM

**SEE ATTACHED MAILING LIST**

- 1 -

## MAILING LIST

| | |
|---|---|
| Case Name | GABEL DANIEL, et al v ORACLE CORPORATION, et al |
| Court | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT |
| Case Number | SAVC03-348AHS(MLGx) |

Stephen L Berry, Esq  
PAUL, HASTINGS, JANOFSKY  
& WALKER  
695 Town Center Dr , 17th Floor  
Costa Mesa, CA 92626-1924  
Phone  (714) 668-6200  
Fax      (714) 979-1921

**Attorneys for Defendant**  
ORACLE CORPORATION

- 2 -