


**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN, individually and on behalf of other persons similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. SACV03-348AHS(MLGx)<br><br>JUDGE ALICEMARIE H. STOTLER<br>COURTROOM 10-A<br>COMPLAINT DATE April 7, 2003<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |



TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN

On _August 16_, 2004 Plaintiffs' Motion for Preliminary Approval of Class Action Settlement came on regularly before this Court

The Court, having read and considered the papers submitted in support of

- 1 -

1  the Motion, and having reviewed the Settlement Agreement, Notice to Class
2  Members and Claim and Exclusion Forms, and good cause appearing therefor, the
3  Court GRANTS Plaintiffs' Motion for Approval of Class Action Settlement,
4  Stipulated CALIFORNIA CLASS settlement class, Notice of Class Action
5  Settlement and Fairness Hearing, Election to be Excluded Form, Claim Form, and
6  scheduling of the Final Fairness Hearing

7  Accordingly, IT IS HEREBY ORDERED that the following class of persons
8  shall be, and is now, certified as the CALIFORNIA CLASS, to be included within
9  the Settlement Class in the Settlement of this lawsuit

10  "All persons who are or were employed as Instructors, Staff
11  Instructors, Senior Instructors, Principal Instructors or Senior
12  Principal Instructors by Oracle Corporation who were California
13  residents at the time of their employment at any time between April 7,
14  1999, and September 15, 2003, and who do not opt out of the
15  Settlement"

16  IT IS FURTHER ORDERED that the Motion for preliminary approval of
17  the Settlement Agreement entered into by Plaintiffs DANIEL GABEL AND
18  DONALD SULLIVAN (individually and on behalf of all Class Members) on the
19  one hand, and Defendant ORACLE CORPORATION on the other hand, attached
20  as Exhibit 1 to Plaintiffs' Application and incorporating by reference the
21  Memorandum of Agreement attached thereto as Exhibit 2, is hereby GRANTED,
22  because the Settlement Agreement appears to be proper, falls within the range of
23  reasonableness, and appears to be presumptively valid, subject to any objections
24  that may be raised at the final fairness hearing

25  IT IS FURTHER ORDERED that the Motion for preliminary approval of
26  Plaintiffs' request for attorney's fees and costs to Class Counsel, as compensation
27  for all attorney time, costs, and expenses incurred to date and to be incurred during
28

the litigation and administration of the Settlement, equal to the amount of $670,915 60 is hereby GRANTED   The amount of attorney's fees, costs, and expenses incurred in this litigation appears justifiable, consonant with legal precedent, market valued, and in accord with the contingent fee agreement executed by the named plaintiffs and Class Counsel

IT IS FURTHER ORDERED that the Motion for preliminary approval of class representative enhancements in the amount of $25,000 payable to DANIEL GABEL and DONALD SULLIVAN, each one individually to receive said amount, is hereby GRANTED   Said class representative enhancements appear to be reasonable and in proportion to their respective claims

IT IS FURTHER ORDERED that the following Scheduling Order shall apply for continued case management and administration

1   The Notice of Class Action Settlement and Fairness Hearing (attached as Exhibit 3 to Plaintiffs' Motion) is APPROVED as to form and content and shall be mailed in accordance with the terms of the Settlement Agreement to all qualified members of the Settlement Class, as defined in Paragraph 1(f) of the Settlement Agreement

2   The Election to be Excluded form (attached as Exhibit 4 to Plaintiffs' Motion) is APPROVED as to form and content and shall be mailed in accordance with the Settlement Agreement to all qualified members of the CALIFORNIA CLASS, as defined in Paragraph 1(e) of the Settlement Agreement

3   The Claim Form (attached as Exhibit 5 to Plaintiffs' Application) is APPROVED as to form and content and shall be mailed in accordance with the terms of the Settlement Agreement to all qualified members of the Settlement Class, as defined in Paragraph 1(f) of the Settlement Agreement

4   The Final Fairness Hearing is scheduled for _November 15_, 2004 at _11:00_ a m in Courtroom 10-A, United States District Court for the Central District of

- 3 -

California, Southern Division

IT IS SO ORDERED

Dated *August 16*, 2004.

                             Hon. Alicemarie H. Stotler
                             United States District Judge

Submitted on July ___, 2004, by

Callahan, McCune & Willis

By   _____
Robert W. Thompson
Attorneys for Plaintiffs
Daniel Gabel and Donald Sullivan

G:\PLF\2091\SETTLEMENT DOCS\Proposed Order - acceptable.DOC

− 4 −

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                               )
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action, my business address is 111 Fashion Lane, Tustin, California

On this date, I served the foregoing document described as

**[PROPOSED] ORDER GRANTING PLAINTIFFS' PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below

I am familiar with our firm's practice of collection and processing correspondence for mailing Under that practice it would be deposited with the U S Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration

___ (By Mail) I deposited such envelope in the mail at Tustin, California The envelope was mailed with postage thereon fully prepaid

___ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list

__X__ (By Personal Service) Such envelope was delivered by hand to the below addressee

___ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail

Executed on July 20, 2004, at Tustin, California

I declare under penalty of perjury under the laws of the State of California that the above is true and correct I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

_____
DONNA J OSTROM

**SEE ATTACHED MAILING LIST**

- 1 -

# MAILING LIST

| | |
|---|---|
| Case Name | GABEL DANIEL, et al v ORACLE CORPORATION, et al |
| Court | UNITED STATES DISTRICT COURT, CENTRAL DISTRICT |
| Case Number | SAVC03-348AHS(MLGx) |

Stephen L Berry, Esq  
PAUL, HASTINGS, JANOFSKY & WALKER  
695 Town Center Dr , 17th Floor  
Costa Mesa, CA 92626-1924  
Phone (714) 668-6200  
Fax (714) 979-1921

**Attorneys for Defendant**  
ORACLE CORPORATION