SEND

FILED
CLERK, U.S. DISTRICT COURT

**NOV 15 2004**

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LODGED

OCT 26 2004

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

Priority _____
Send _____
Enter    X
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of other persons similarly situated and the general public, | Case No.: SACV03-348AHS(MLGx) |
| | JUDGE: ALICEMARIE H. STOTLER |
| | COURTROOM: 10-A |
| | COMPLAINT DATE: April 7, 2003 |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING FINAL CLASS ACTION SETTLEMENT APPROVAL |
| ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

ENTERED

CLERK, U.S. DISTRICT COURT

NOV 18 2004

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

On November 15, 2004 Plaintiffs' Motion for Final Approval of Class Action Settlement came on for hearing before this Court.

- 1 -

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

1    The Court considered the evidence submitted in support of the Motion and

2  reviewed the Settlement Agreement.  The Court also heard oral argument.  Having

3  considered the papers and evidence submitted, and upon oral argument, the Court

4  FINDS that the settlement is fair and reasonable taking into consideration the risk,

5  expense, complexity, and likely duration of further litigation; the risk of

6  maintaining class action status through trial and upon appeal; the amount offered in

7  settlement; the extent of discovery completed and the stage of the proceedings; the

8  experience and views of counsel; and the reaction of the class members to the

9  settlement.  The Court further FINDS that the award of attorney's fees and costs is

10  fair and reasonable, taking into consideration the novelty and difficulty of the

11  questions involved and the skill required to perform the legal services properly; the

12  likelihood that this particular employment precluded other employment by the

13  attorneys; the amount involved and the results obtained; the time limitations

14  imposed by the circumstances of the case; the ability of Plaintiffs' counsel; the

15  time and labor required by the attorneys; and the informed consent of the client to

16  the fee agreement.  The Court further FINDS that the agreed Class Representative

17  enhancements are fair and reasonable taking into consideration the actions the

18  plaintiffs have taken to protect the interests of the class, the degree to which the

19  class has benefited from those actions, the amount of time and effort the plaintiffs

20  expended in pursuing the litigation, and their reasonable fears of workplace

21  retaliation.

22

23  / / /

24

25  / / /

26

27  / / /

28                                                      - 2 -

1   Based on the foregoing, the Court GRANTS Plaintiffs' Motion for Final

2   Approval of Class Action Settlement.

3

4   IT IS SO ORDERED.

5

6   Dated: _NOV 1 5 2004_____          _____

7                                          Hon. Alicemarie H. Stotler

8                                          Judge, United States District Court

9

10

11

12   Submitted on October 25, 2004, by:

13

14   CALLAHAN, McCUNE & WILLIS

15

16   By: _____

17      Robert W. Thompson
        Attorneys for Plaintiffs

18      Daniel Gabel and Donald Sullivan

19

20

21

22

    G:\PLF\2091\Pldg\M-Final Approval Order doc
23

24

25

26

27

28                              - 3 -

1    STATE OF CALIFORNIA        )
                                )
2    COUNTY OF ORANGE           )

3    I am employed in the County of Orange, State of California, I am over the age of
     18 years and not a party to the within action; my business address is 111 Fashion
4    Lane, Tustin, California.

5    On October 25, 2004, I served the foregoing document described as:

6    **[PROPOSED] ORDER FINAL CLASS ACTION SETTLEMENT
     APPROVAL**

7

     Said document was served on the interested party or parties in this action by
8    placing a true copy thereof, enclosed in a sealed envelope, and addressed to
     defendant's counsel, Stephen L. Berry, Esq. at the law offices of PAUL,
9    HASTINGS, JANOFSKY & WALKER, LLP, 695 Town Center Dr., 17th Floor,
     Costa Mesa, CA 92626-1924.

10

     **XXX**   (By Personal Service)  I personally served the foregoing documents at the
11             above address.

12   **XXX**   (State)  I declare under penalty of perjury under the laws of the State of
               California that the above is true and correct

13
     **XXX**   (Federal)  I declare that I am employed in the office of a member of the bar
14             of this court at whose direction the service was made.

15   Executed on October 25, 2004, at Tustin, California.

16   I declare under penalty of perjury under the laws of the State of California that the
     above is true and correct.

17

18   DATED: October 25, 2004            **CALLAHAN, McCUNE & WILLIS**

19

20   By _____
        MARY HIPPENSTEEL

21

22

23

24

25

26

27

28                                      - 23 -