UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of other persons similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV03-348AHS(MLGx)<br><br>JUDGE: ALICEMARIE H. STOTLER<br>COURTROOM: 10-A<br>COMPLAINT DATE: April 7, 2003<br><br>[PROPOSED] SUPPLEMENTAL ORDER GRANTING FINAL CLASS ACTION SETTLEMENT APPROVAL<br><br>NOTE CHANGES MADE BY THE COURT.<br><br>THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

On November 15, 2004 Plaintiffs' Motion for Final Approval of Class Action Settlement came on for hearing before this Court and the Court granted

- 1 -

| | |
|---|---|
| 1 | Plaintiff's Motion, finding the terms of the settlement to be fair and reasonable.  In |
| 2 | this Supplemental Order, the Court hereby specifically approves and orders the |
| 3 | following payments under the settlement:  (1) enhancements to the two Class |
| 4 | representatives in the amount of $25,000 each; (2) attorney's fees and costs, |
| 5 | including those to be incurred in administering the settlement, in the total amount |
| 6 | of $670,915.60 ~~($13,516.57 of which is for costs and $657,399.03 of which is for~~ |
| 7 | ~~attorney's fees)~~; and (3) the aggregate amount of $1,188,152.33, to be distributed |
| 8 | to and among the 58 of the 68 class members who made a timely claim. |

Dated: **NOV 22 2004**

/s/ Alicemarie Stotler

Hon. Alicemarie H. Stotler
Judge, United States District Court

Submitted on November 17, 2004, by:

CALLAHAN, McCUNE & WILLIS, APLC

By: /s/ Lee A. Sherman

Lee A. Sherman
Attorneys for Plaintiffs
Daniel Gabel and Donald Sullivan

G:\PLF\2091\Pldg\M-Final Approval Order.doc

- 2 -

# PROOF OF SERVICE

STATE OF CALIFORNIA )
                    )
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**(PROPOSED) SUPPLEMENTAL ORDER GRANTING FINAL CLASS ACTION SETTLEMENT APPROVAL**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__X__ (By Mail) I deposited such envelope in the mail at Tustin, California. The envelope was mailed with postage thereon fully prepaid.

____ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____ (By Personal Service) Such envelope was delivered by hand to the below addressee.

____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

Executed on November 17, 2004, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DONNA J. OSTROM

**SEE ATTACHED MAILING LIST**

- 1 -

## MAILING LIST

Case Name  : GABEL DANIEL, et al. v. ORACLE CORPORATION, et al.
Court :    UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
Case Number: SAVC03-348AHS(MLGx)

Stephen L. Berry, Esq.　　　　　　　**Attorneys for Defendant**
PAUL, HASTINGS, JANOFSKY　　　　ORACLE CORPORATION
 & WALKER
695 Town Center Dr., 17th Floor
Costa Mesa, CA 92626-1924
Phone: (714) 668-6200
Fax:    (714) 979-1921