FILED
CLERK, U.S. DISTRICT COURT
JAN 27 2005
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

SEND

DENIED * without prejudice *
BY ORDER OF
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE
ON JAN 27 2005

LODGED
2005 JAN 14 PH 3:32

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GABEL and DONALD SULLIVAN individually and on behalf of other persons similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV03-348AHS(MLGx)<br><br>JUDGE: ALICEMARIE H. STOTLER<br>COURTROOM: 10-A<br>COMPLAINT DATE: April 7, 2003<br><br>**[PROPOSED] SUPPLEMENTAL ORDER DISMISSING COVERED CLAIMS WITH PREJUDICE AND DISMISSING NON-COVERED CLAIMS WITHOUT PREJUDICE** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

On November 15, 2004, Plaintiffs' Motion for Final Approval of Class Action Settlement came on for hearing before this Court, and the Court granted Plaintiff's Motion. On November 22, 2004, this Court granted the Supplemental Order which clarified details concerning the sums to be distributed pursuant to the Settlement Agreement.

DOCKETED ON CM
JAN 28 2005
BY 024

- 1 -

In furtherance of the November 15, 2004 Order Granting Final Class Action Settlement Approval, which Order incorporates by reference the Settlement Agreement attached as Exhibit 1 to the underlying Motion for an Order Granting Final Class Action Settlement Approval, and the Supplemental Order dated November 22, 2004.

**IT IS HEREBY ORDERED:**

1. Covered Claims in the Complaint, as defined in the Settlement Agreement, will be and hereby are dismissed with prejudice, and
2. Non-covered Claims, as defined in the Settlement Agreement, will be and hereby are dismissed without prejudice, and
3. The statute of limitations for any claim raised in the Complaint, which is not settled through the Settlement Agreement, shall be and hereby is tolled from April 1, 2003, until (60) Calendar days after entry of the dismissal without prejudice.

**IT IS SO ORDERED.**

**DENIED**

Dated: _____

_____
Hon. Alicemarie H. Stotler
Judge, United States District Court

Submitted on January 14, 2005 by:

CALLAHAN, McCUNE & WILLIS, APLC

By: /s/ _____
Robert W. Thompson
Attorneys for Plaintiffs
Daniel Gabel and Donald Sullivan

G:\PLF\2091\Pldg\m-supplemental order granting final approval.doc

-2-

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 111 Fashion Lane, Tustin, California.

On this date, I served the foregoing document described as:

**(PROPOSED) SUPPLEMENTAL ORDER DISMISSING COVERED CLAIMS WITH PREJUDICE AND DISMISSING NON-COVERED CLAIMS WITHOUT PREJUDICE**

Said document was served on the interested party or parties in this action by placing a true copy thereof, enclosed in a sealed envelope, and addressed as noted below.

I am familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

__X__ (By Mail) I deposited such envelope in the mail at Tustin, California. The envelope was mailed with postage thereon fully prepaid.

____ (By Facsimile) In addition to regular mail, I sent this document via facsimile, number(s) as listed on the attached mailing list.

____ (By Personal Service) Such envelope was delivered by hand to the below addressee.

____ (By Overnight Mail) I arranged for such envelope was delivered to the following addresses by overnight mail.

Executed on January 14, 2005, at Tustin, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DONNA J. OSTROM

* SEE ATTACHED MAILING LIST

- 1 -

## MAILING LIST

Case Name    : GABEL DANIEL, et al. v. ORACLE CORPORATION, et al.
Court  :      UNITED STATES DISTRICT COURT, CENTRAL DISTRICT
Case Number: SAVC03-348AHS(MLGx)

Stephen L. Berry, Esq.　　　　　　　　　**Attorneys for Defendant**
PAUL, HASTINGS, JANOFSKY　　　　　ORACLE CORPORATION
  & WALKER
695 Town Center Dr., 17th Floor
Costa Mesa, CA  92626-1924
Phone:  (714) 668-6200
Fax:    (714) 979-1921