LODGED

FEB 1 8 2005

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 9 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send    X
Enter    X
Closed _____
JS-5/JS-6   X
JS-2/JS-3 _____
Scan Only_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

DANIEL GABEL and DONALD
SULLIVAN individually and on
behalf of the other persons similarly
situated and the general public,

    Plaintiff,

    vs.

ORACLE CORPORATION, an
Delaware Corporation, and DOES 1
through 12, inclusive,

    Defendant.

CASE NO. SACV 03-348 AHS (MLGX)

Honorable Alicemarie H. Stotler
Courtroom: 10-A

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION AND
DISMISSING ALL CLAIMS WITH
PREJUDICE EXCEPT CLAIMS
UNDER CALIFORNIA LAW BY FLSA
CLASS MEMBERS WHO WERE
NOT CALIFORNIA RESIDENTS
AND PERFORMED SOME WORK
IN CALIFORNIA**

ENTERED
CLERK, U.S. DISTRICT COURT

MAR 3 1 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

    The Court, having read and considered the moving and responding

papers, all supporting papers, including the evidence submitted by each party, and

having considered the oral arguments presented, and the matter having been duly

heard,

OC/369987.1

1

PROPOSED ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      Defendant's motion for an order dismissing with prejudice all *of class members and individual plaintiffs, Gabel and Sullivan,* claims in this action except claims under California law by class members who *FLSA* were not California residents and performed some work in California is GRANTED;

2.      The above-entitled action, and all claims contained therein on behalf of the individual plaintiffs, and class members, is dismissed with prejudice, *Gabel and Sullivan,* except that claims under California law by class members for periods of time they *FLSA* may have worked in the State of California when they were not a resident of the State are dismissed without prejudice; and

3.      Defendant is awarded attorneys' fees in the amount of $ 11,988.

DATED: MAR 29 2005 ~~, 2005~~

_Alicemarie Stotler_
Hon. Alicemarie H. Stotler
United States District Court Judge

Presented on February 18, 2005 by:

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _Stephen L. Berry_
Stephen L. Berry
The Attorneys for Defendant
ORACLE CORPORATION

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                          ) ss:

COUNTY OF ORANGE       )

       I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, Seventeenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626-1924.

       On February 18, 2005, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION AND DISMISSING ALL CLAIMS WITH PREJUDICE EXCEPT CLAIMS UNDER CALIFORNIA LAW BY CLASS MEMBERS WHO WERE NOT CALIFORNIA RESIDENTS AND PERFORMED SOME WORK IN CALIFORNIA**

on the interested parties by placing copies such document(s) thereof in a sealed envelope addressed as follows:

**Robert W. Thompson, Esq.**
**Callahan, McCune & Willis**
**111 Fashion Lane**
**Tustin, California 92780-3397**
(T) (714) 730-5700
(F) (714) 730-1642

☐    **VIA OVERNIGHT MAIL:**

      VIA _____:By delivering such document to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person on whom it is to be served.

☒    **VIA U.S. MAIL:**

      I am readily familiar with the Firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope would be deposited with the U.S. postal service on February 18, 2005, with postage thereon fully prepaid, at Costa Mesa, California.

☐    **VIA FACSIMILE:**

      The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # (714) 730-1642 on February 18, 2005.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.. Executed on February 18, 2005, at Costa Mesa, California.

Molly Perley

OC/369987 1

3

PROPOSED ORDER